HAC/js
11/2/12

**IT IS SO ORDERED.**

Dated:  11:19 AM  November  6 2012

*[Signature: Marilyn Shea-Stonum]*
MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT AKRON

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.  12-50465 |
| DAVID & BEVERLY CREEGER | ) | CHAPTER 7 |
| Debtors | ) | BANKRUPTCY JUDGE: MARILYN SHEA-STONUM |
| | ) | |
| | ) | **ORDER AUTHORIZING COMPROMISE AND SETTLEMENT OF DISPUTE** |
| | ) | |

    This matter comes before the Court upon the Trustee's Motion to Compromise and Settle Dispute.

    The Trustee stated that Mr. Creeger has operated a business entity known as DBC Ventures, Inc. which, in turn, was or is the owner of a Sanford Rose Franchise. The entity specializes in recruiting and job placement. The Trustee observed that within reasonable proximity to the date of bankruptcy filing the debtor entered into an agreement with a client and received $10,000.00 on or about February 23, 2012 or shortly after the date of bankruptcy filing. A dispute arose with regard to said funds. While the Trustee concedes that the estate value of the business entity is nominal based upon the debtor's representation that the aforesaid franchise could not be sold and that the

business is operated by Mr. Creeger in a manner akin to a proprietorship and thus all funds generated were brought about by the personal services of said debtor, the Trustee has nonetheless asserted that at least twenty-five percent (25%) of the postpetition recovery was property of the bankruptcy estate. Without agreeing to the Trustee's postition said David Creeger nonetheless has agreed to pay and has since paid the estate the sum of $2,000.00 so as to resolve all differences with respect to DBC Ventures and the aforesaid receivable.

The Trustee further represented that all creditors and other parties having an interest in these proceedings, as well as the United States Trustee, were served with a copy of the Trustee's Motion on September 25, 2012, but have failed to object or request a formal hearing despite the elapse of at least 21 days.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Trustee be and is hereby authorized to settle and compromise said dispute for the sum of **$2,000.00** as set forth above.

###

SUBMITTED BY:

/s/ Harold A. Corzin
HAROLD A. CORZIN, TRUSTEE
Ohio Bar Reg. #0005021
304 N. Cleveland-Massillon Road
Akron, Ohio 44333
(330) 670-0770 Voice
(330) 670-0297 Facsimile
HCorzin@csu-law.com

INTERESTED PARTIES:

Harold A. Corzin, Esq.
Chapter 7 Trustee
(electronically)

Office of the United States Trustee
(Electronic mail)

Debtors:
David & Beverly Creeger
1260 Center Road
Hinckley, OH 44233
(Regular U. S. Mail)

Attorney for Debtors:

Lisa Barbacci
Shirley Simon
(electronic mail)

All creditors set forth on this Court's mailing matrix
(Regular U. S. Mail)